IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY LAWSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:09cv609-WHA |
| | )             (WO) |
| KFH INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

It is hereby ORDERED that this case is set down for a telephone conference on Thursday, August 19, at 9:00 A.M. Counsel for the parties are directed to jointly arrange for and place the call.

Done the 13th day of August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE